**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

GRACE CHOI,

                      Plaintiff,

       -against-

KINJO DUMBO LLC, DANIEL CHIU, DAVID
LIU, and JOHNNY HUANG

                Defendants.

Civil Case No.  1:26-CV-00522

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE** that the undersigned hereby enters her appearance on behalf

of Defendants Kinjo Dumbo LLC, Daniel Chiu, David Liu, and Johnny Huang, and requests that

copies of all notices and other papers in this case be sent to Elizabeth Rivera, Pryor Cashman LLP,

7 Times Square, New York, New York 10036-6569, e-mail at erivera@pryorcashman.com as

counsel of record.

Dated:  New York, New York
        March 19, 2026

                            PRYOR CASHMAN LLP

                            By: *s:/Elizabeth Rivera*_____
                               Elizabeth Rivera
                               7 Times Square
                               New York, New York 10036-6569
                               (212) 326-0467
                               erivera@pryorcashman.com

To:    JOSEPH & KIRSCHENBAUM LLP
        Maimon Kirschenbaum
        45 Broadway, Suite 320
        New York, NY 10004
        P: (212) 688-5640
        maimon@jk-llp.com
        *Counsel for Plaintiff*